UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED

04 SEP -1 PM 4:09

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| PINION ENTERPRISES, INC. d/b/a the Gun Cellar, an Alabama Corporation, | ) ) ) | |
| Plaintiff/Petitioner, | ) ) ) | ( CV-04-H-2638-S |
| | ) ) | |
| JOHN ASHCROFT, Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE and THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | ) ) ) ) ) ) | |
| Defendant/Respondents. | ) | |

## COMPLAINT/PETITION FOR *DE NOVO* JUDICIAL REVIEW

Plaintiff/Petitioner Pinion Enterprises, Inc., d/b/a the Gun Cellar, an Alabama corporation, ("Pinion Enterprises"), by and through its undersigned attorney, hereby files this Complaint/Petition for *de novo* Judicial Review against Defendants/Respondents John Ashcroft, Attorney General of the United States, United States Department of Justice and The Bureau of Alcohol, Tobacco, Firearms and Explosives, collectively "the Attorney General," stating as follows:

1.      This complaint/petition is brought pursuant to 18 U.S.C. § 923(f)(3) for *de novo* judicial review of the Attorney General's final notice of revocation of the federal firearms license of Pinion Enterprises.

2.      Pinion Enterprises is an Alabama corporation with its principle place of business located in this district at 1777 Montgomery Highway, in Birmingham, Alabama.    Pinion Enterprises has operated as a federal firearms licensee under license number 1-63-073-01-2J-

37414 since 1999. This license authorizes Pinion Enterprises to engage in business as a dealer, including pawnbroker, in firearms other than destructive devices. For approximately nineteen (19) years prior to obtaining the federal firearms license for Pinion Enterprises the principle stockholder of Pinion Enterprises, Tom Pinion, operated as a federal firearms licensee under license number 1-63-037-01-0E-14101. The initial firearms license was surrendered in 1999 at the time that the business of Pinion Enterprises was incorporated and a new license was obtained.

3.      Defendants/Respondents are John Ashcroft, Attorney General of United States, United States Department of Justice, and the Bureau of Alcohol, Tobacco, Firearms and Explosives.

4.      By notice dated July 6, 2004, the Attorney General by Harry L. McCabe, III, Director of Industry Operations, Nashville Field Division, Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice, issued a Findings of Fact and Conclusion of Law ("Findings") in which the federal firearms license number 1-63-073-01-2J-37414 held by Pinion Enterprises was revoked. A copy of the Findings is attached hereto as Exhibit "A" and incorporated by reference herein.

5.      Title 18, U.S.C. § 923(f)(3) provides that the Unites States District Court for the district of the principle place of business of the petitioner shall have jurisdiction to hear complaints for a *de novo* judicial review of the Attorney General's findings regarding the revocation of a firearms license. Pinion Enterprises has its principle place of business in this district.

6.      This complaint/petition is timely since it is filed within sixty (60) days of the receipt by Pinion Enterprises of said findings and revocation.

2

7.    Pinion Enterprises seeks *de novo* judicial review by this Honorable Court of the revocation of its firearms license by the Attorney General.  The findings and conclusions of the Attorney General as set forth in the Findings are erroneous and not supported by the evidence. The decision of the Attorney General is unwarranted and has no basis in law or fact.  Pinion Enterprises respectfully requests that this Honorable Court review the decision of the Attorney General revoking Pinion Enterprises' firearms license and direct the Attorney General to reverse the revocation thereby permitting Plaintiff/Petitioner to continue to operate its business as a firearms licensee.

Wherefore, Plaintiff/Petitioner, Pinion Enterprises, Inc. d/b/a the Gun Cellar, an Alabama corporation, pursuant to 18 U.S.C. § 923 (f)(3) prays that this Honorable Court grant its complaint/petition and enter an order:

a)    Determining that defendant/respondents, John Ashcroft, Attorney General of United States, United States Department of Justice, and the Bureau of Alcohol, Tobacco, Firearms and Explosives were not authorized to revoke Pinion Enterprises' firearms license;

b)    Directing the Attorney General to take such action as necessary to comply with the Court's judgment including reinstating Pinion Enterprises' firearms license, and

c)    Awarding any additional or alternative relief, which this Court deems appropriate and just.

This the _1ST_ day of September, 2004.

Respectfully Submitted,

G. Douglas Jones

**OF COUNSEL:**
**WHATLEY DRAKE, LLC**
2323 2nd Avenue North
Birmingham, AL 35203
(205) 328-9576-phone
(205) 328-9669-fax

### PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL AT:

Bureau of Alcohol, Tobacco, Firearms and Explosives
Office of Public and Governmental Affairs
650 Massachusetts Avenue, NW.
Room 8290
Washington, DC 20226

Honorable John Ashcroft
Attorney General of the United States
Department of Justice
Room 4400
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

cc:    Alice Martin
       United States Attorney
       Northern District of Alabama
       1800 4th Avenue North
       Birmingham, AL 35203

4